In the Matter of the Claim of CHRISTOPHER SHERRICK, Respondent, against PAUL COUGHLIN and FRANK COUGHLIN, Doing Business as COUGHLIN MANUFACTURING COMPANY, Appellants, and FEDERAL SURETY COMPANY, Respondent.—Award affirmed, with costs to the State Industrial Board. Hill, P. J., Rhodes, Crapser and Heffernan, JJ., concur; Bliss, J., dissents.

In the Matter of the Claim of MARTHA J. STAUNTON, Respondent, against J. B. MENNIG, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of ROBERT VON BAN, Respondent, against NEW YORK TRAP ROCK CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ. ·

In the Matter of the Claim of ANNA SHOAS, Respondent, against ROSETON BRICK CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of JOHN McCANN, Respondent, against BAKER ELEVATOR CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.*— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of SAM BERKOWITZ, Respondent, against ROYAL PROD. CORPORATION and/or ISLEB REALTY CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of RAYMOND FERDINAND, Respondent, against KENMORE FUELS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of MATTHEW FAHY, Respondent, against BENEDICT ROGOWITZ and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.